UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CASCADIA WINDOWS, LTD., and others,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RADIANT GLOBAL LOGISTICS, INC., and others,<br><br>　　　　Defendants. | Case No. 13-cv-01331 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 6 |

　　On June 25, 2013, plaintiffs filed case management statement requesting to continue the case management conference currently scheduled for June 26, 2013 in order to complete service of process on two Canadian defendants. That request is GRANTED. The case management conference is continued to August 28, 2013 at 3:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. By August 21, 2013, the parties must file a joint case management statement. Also by August 21, the parties must consent to or decline the jurisdiction of a United States magistrate judge.

　　IT IS SO ORDERED.

　　Date: June 25, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge