**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASCADIA WINDOWS, LTD., THE DOMINION OF CANADA GENERAL INSURANCE COMPANY,

    Plaintiffs,

  v.

RADIANT GLOBAL LOGISTICS, INC., AIRGROUP ADCOM WORLDWIDE DISTRIBUTION BY AIR, BORDER EXPRESS SERVICE, LTD., PTL LOGISTICS, INC., and DOES 1 through 50, inclusive,

    Defendants.

 /

No. C 13-01331 WHA

**ORDER WITHDRAWING REFERRAL TO ADR UNIT FOR MEDIATION**

The Court hereby **WITHDRAWS** the referral to **MEDIATION**.

**IT IS SO ORDERED.**

Dated: October 9, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE