IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASCADIA WINDOWS, LTD., THE
DOMINION OF CANADA GENERAL
INSURANCE COMPANY,

    Plaintiffs,

  v.

RADIANT GLOBAL LOGISTICS, INC.,
AIRGROUP ADCOM WORLDWIDE
DISTRIBUTION BY AIR, BORDER EXPRESS
SERVICE, LTD., PTL LOGISTICS, INC., and
DOES 1 through 50, inclusive,

    Defendants.

No. C 13-01331 WHA

**ORDER TO SHOW CAUSE**

Plaintiff in the above-entitled matter having failed to appear at the case management conference on September 26, 2013, having failed to file a case management conference statement, or even to serve defendants with the summons and complaint,

THE COURT hereby issues an **ORDER TO SHOW CAUSE** why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a sworn declaration in response to this order to show cause by **NOON ON OCTOBER 24, 2013**, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 9, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE